| | |
|---|---|
| RAMAZAN SEMIH SILKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:26-CV-329-TAV-DCP |
| | ) |
| MARKWAYNE MULLIN SECRETARY | ) |
| OF HOMELAND SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the RulAes of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Leave to Participate in Electronic Notices and for Electronic Case Filing Privileges (Pro Se) [Doc. 2]. Plaintiff represents that he "maintains an active, upgraded individual PACER account in his own name" and that he "previously submitted an e-filing registration request through PACER, which was not approved at that time because Plaintiff had no case then pending before this Court" [*Id*. ¶ 1]. Plaintiff states that he "has reliable daily access to the Internet, e-mail, and a computer, and is able to receive and open documents in PDF format" [*Id.* ¶ 2]. Plaintiff contends that "[r]eceiving notices electronically will ensure that [he] receives filings and orders promptly, will reduce delay and postal costs for both the Court and the parties, and will assist Plaintiff in meeting Court deadlines" [*Id.* ¶ 3]. Plaintiff "agrees to comply with all applicable provisions of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's CM/ECF policies and procedures; to complete any training or registration the Clerk requires; and to promptly notify the Clerk of any change in his e-mail or mailing address" [*Id.* ¶ 4].

Rule 5 of the ECF Filing Rules and Procedures of this Court provides, "A party to an action who is not represented by an attorney may, with the Court's permission, register as an E-Filer solely for purposes of that action."[1] The Court finds Plaintiff's request to file electronically well taken, and the Court **GRANTS** the motion [**Doc. 2**]. Plaintiff **SHALL** be allowed to access the CM/ECF system subject to the same terms and conditions that apply to other users.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

---

[1] Plaintiffs may access the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee at the following internet address: https://www.tned.uscourts.gov/local-rules-and-standing-orders.